# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
|     Plaintiff, ) | |
| ) | Case No: Criminal 11-383(2) PAM |
| v. ) | Date: Janury 18, 2012 |
| ) | Court Reporter: Ron Moen |
| Susanne Eileen Mathis, ) | Courthouse: St. Paul |
|     Defendant. ) | Courtroom: 7D |
| ) | Time Commenced: 3:00 pm |
| ) | Time Concluded: 4:00 pm |
| | Time in Court: 1 Hours & Minutes |

Before Paul A. Magnuson, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff: Tracy Perzel
    For Defendant: Robert Owens ☐ FPD ☐ CJA ☒ Retained ☐ Appointed
    Interpreter/Language: /
    ☐ Appointment of Counsel requested - ☐ granted ☐ denied.
    ☐ Appointed

PROCEEDINGS:

    ☒ **Arraignment** on ☒ Information, ☐ Indictment
    ☐ **Change of Plea Hearing.**
    ☐ **Initial Appearance.**
    ☐ Indictment waived.
    ☐ Defendant withdraws plea of as to Count(s):

    ☒ PLEA:
        ☒ Guilty as to Count(s):
        ☐ "Nolo Contendere" as to Count(s):
        ☐ Defendant admits allegations in the Information.

    ☒ Presentence Investigation and Report requested.
    ☒ Bond set $25,000 unsecured. Order to follow.
    ☐ **~Util Set/Reset Hearings:** Sentencing is scheduled for at before.
    ☐ Defendant remanded to the custody of the U.S. Marshal.

s/Suzanne M. Ruiz
Calendar Clerk
