# United States District Court

## FOR THE

## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 11-383(2)(PAM) |
| | ) | |
| SUSANNE EILEEN MATHIS, | ) | |
| | ) | |

      Susanne Eileen Mathis, the above-named defendant, who is accused of conspiracy to commit mail and wire fraud, in violation of Title 18, United States Code, Section 1349, being advised of the nature of the charge and of her rights, hereby waives in open court prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

Date: 1/18/2012

_____
SUSANNE EILEEN MATHIS, Defendant

_____
Tracy L. Pergel, Witness

_____
ROBERT OWENS, Esq.

SCANNED
JAN 19 2012
U.S. DISTRICT COURT ST. PAUL