UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 11-0383 (PAM/__)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **DEFENDANT'S MOTION** |
| | ) **FOR A VARIANCE** |
| v. | ) |
| SUSANNE EILEEN MATHIS, | ) |
| Defendant. | ) |

The Defendant, by and through her attorney, Robert W. Owens, Jr., respectfully moves the Court for a variance from the Sentencing Guidelines range attributable to her in the present case, as set forth in the Presentence Investigation Report. Ms. Mathis makes this motion based on her contemporaneously filed position regarding sentencing and on the arguments of counsel.

Dated: March 9, 2012

Respectfully submitted,

OWENS LAW, L.L.C.

_/s/ Robert W. Owens, Jr._
Robert W. Owens, Jr. (#146833)
5270 W. 84th Street, Suite 300
Bloomington, MN 55437
Telephone: (952) 831-0733
Attorney for Defendant