UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-383 (PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION |
| | ) | FOR ENLARGEMENT OF TIME |
| v. | ) | TO FILE SENTENCING |
| | ) | POSITION PLEADINGS AND |
| (1) DANIEL DOUGLAS BOLER, | ) | FOR CONTINUANCE OF |
| (2) SUSANNE EILEEN MATHIS, | ) | SENTENCING HEARINGS |
| | ) | |
| Defendants. | ) | |

The United States of America, by and through its attorneys B. Todd Jones, United States Attorney for the District of Minnesota, and Tracy L. Perzel, Assistant United States Attorney, hereby moves the Court for an enlargement of time to file sentencing position pleadings and for a continuance of sentencing hearings.

Since April 19, 2012, undersigned counsel has been in trial before Chief Judge Davis in a complex investment fraud case involving more than 700 victim investors, $194 million in investor assets, money laundering violations, tax violations, and currency transaction reporting violations. The trial is anticipated to continue into and, possibly, through next week. As a result of this matter and the ongoing commitments related thereto, undersigned counsel respectfully requests an extension of the deadline to file the sentencing position pleadings in this matter to at least June 5, and respectfully requests a continuance of the presently scheduled sentencing hearing to at least June 18, 2012.

Undersigned counsel has conferred with counsel for the defendants, both of whom have no objection to the continuance request.


Dated: May 21, 2012                    Respectfully Submitted,

                                       B. TODD JONES
                                       United States Attorney

                                       S/ Thomas M. Hollenhorst

                                       FOR: Tracy L. Perzel
                                       Assistant U.S. Attorney
                                       Attorney ID No. 296326