# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

**NOTICE TO THE COURT OF POSSIBLE RELATED CASES**

Plaintiff,

Criminal No.: 12-177 (MJD/JSM)

v.

CHRISTOPHER JON ANDREWS
a/k/a  CHRIS ANDREWS,

Defendant(s).

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to 11-cr-384 (SRN) (U.S. v. Robert Leo Rick); 11-cr-383 (PAM) (U.S. v. Daniel Douglas Boler, et al); and 11-235 (SRN) (U.S. v. Lindsey Rae Loyear).  **Please note: Do not reference a case that has been filed under seal.**  Please follow the sealed procedure in the ECF Criminal Procedures Guide.

    __X__    Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

    __  __    Cases involving the same defendant(s), whether the prior cases are open or closed.

    __X__    Cases arising out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed.

    __X__    Cases that arise out of the same investigation and have temporal proximity.

    __  __    A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed.

    __  __    The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

    __  __    Other _____ .

Dated: July 13, 2012

B. TODD JONES
United States Attorney

s/ Tracy L. Perzel
BY: Tracy L. Perzel
Assistant U.S. Attorney
Attorney ID No. 296326