## UNITED STATES DISTRCT COURT
## DISTRICT OF MINNESOTA

United States of America,

v.                                                                          CRIMINAL 11-383 PAM

Daniel Douglas Boler, et al

        Defendants.

_____

United States of America,

v.                                                                         CRIMINAL 12-177 MJD/JSM

Christopher Jon Andrews,

        Defendant.

---

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

---

      Case No. 11-CR-383 PAM having been assigned to Judge Paul A. Magnuson and Case No. 12-CR-177 MJD/JSM having later been assigned, to Judge Michael J. Davis, and said matters being related cases,

      **IT IS HEREBY ORDERED** that Case No. 12-CR-177 MJD/JSM be assigned to Judge Paul A. Magnuson nunc pro tunc, by use of a card on the Criminal List of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order filed December 19, 2008.

      **IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: July __17__, 2012.                               s/Paul A. Magnuson
                                                                    Paul A. Magnuson, Judge
                                                                    United States District

Dated: July __19__, 2012.                               s/Michael J. Davis
                                                                    Michael J. Davis. Chief Judge
                                                                    United States District Court